**E-FILED: 10/12/10**

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Lamonte Evans,** | **CASE NO. CV 10-5982-GHK (AGRx)** |
| Plaintiff, | |
| v. | **JUDGEMENT** |
| **Brian Moynihan, et al.,** | |
| Defendants. | |

    Based on our September 24, 2010 Order granting Defendants Bank of America, N.A., Recontrust Co., N.A., Mortgage Electronic Registration Systems, Inc., Brian Moynihan, Jim Taylor, and R.K. Arnold's motion to dismiss against Plaintiff Lamonte Evans ("Plaintiff"), **IT IS HEREBY ADJUDGED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** with respect to these Defendants.

    Based on our October 12, 2010 Order dismissing the remaining Defendants for failure to prosecute, **IT IS HEREBY ADJUDGED** that Plaintiff's claims are

1  **DISMISSED WITHOUT PREJUDICE** with respect to Defendants Comunity Lending,
2  Inc., W. Darryl Fry, Federal National Mortgage Association, and Michael J. Williams.

4       **IT IS SO ORDERED**.

6  DATED: October 12, 2010

                                                                                       GEORGE H. KING
                                                                                United States District Judge